**SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PAUL DURHAM, | : | No. 3 WM 2017 |
| Petitioner | : | |
| v. | : | |
| JUDGE DAVID CASHMAN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (providing that hybrid representation is not permitted).

      The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.